# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **TIMOTHY R. MALLORY** ) | | |
| Plaintiff, ) | Civil Action No. 2:11cv00013 | |
| ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| ) | By: James P. Jones | |
| **MICHAEL J. ASTRUE**, ) | United States District Judge | |
| Commissioner of Social Security, ) | | |
| Defendant. ) | | |

It appearing that no objections have been timely filed to the Report and Recommendation filed May 31, 2012, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly **ACCEPTED** and **APPROVED**;

2. Attorneys' fees are awarded to the plaintiff under the provisions of the Equal Access to Justice Act, ("EAJA"), 28 U.S.C.A. § 2412(d) in the amount of $1,043.75; and

3. This amount will be paid directly to the plaintiff and sent to the business address of plaintiff's counsel.

ENTER: May 31, 2012.

/s/ James P. Jones

United States District Judge